JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUREN KHACHATRYAN,<br><br>  Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.; U.S. BANK, N.A.; JPMORGAN CHASE BANK, N.A; EQUIFAX INFORMATION SERVICES LLC; TRANSUNION LLC; AND EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>  Defendant. | Case No. 2:25-cv-00435-AB-E<br><br>**ORDER DISMISSING CIVIL ACTION** |

1.

      The Court has been advised that this action has been settled between Plaintiff Suren Khachatryan, ("Plaintiff") and the final remaining defendant, Equifax Information Services LLC ("Equifax").

      The Court therefore **ORDERS** that this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within **90 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: May 8, 2025

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

2.